JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON KHALKHOGIAN,<br><br>　　　　　　Plaintiff(s),<br><br>　　　v.<br><br>BMW OF NORTH AMERICA, LLC<br><br>　　　　　　Defendant(s).<br>_____ | CASE NO. SACV08-0254 DOC(RNBx)<br><br>**ORDER ON PARTIES' STIPULATION FOR ORDER DISMISSING ACTION WITH PREJUDICE** |

　　　The parties have stipulated that the action should be dismissed with prejudice. Accordingly, the entire action is dismissed with prejudice.

IT IS SO ORDERED

DATED: September 17, 2008　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

　　　　　　　　　　　　　　　　　　　　　　DAVID O. CARTER

　　　　　　　　　　　　　　　　　　　　United States District Judge